IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BAHRAM SHAKERI : | |
|       Plaintiff : | |
| : | |
| v. : | **8:21-cv-00549-GJH** |
| : | |
| PRINCE GEORGE'S COUNTY, MARYLAND : | |
|       Defendant : | |

### RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

On behalf of the Defendants Plaintiff seeks to add in his Proposed Amended Complaint who are likely employees of Defendant Prince George's County, Maryland, and therefore would be represented by the Prince George's County Office of Law, the undersigned responds to Plaintiff's Motion for Leave to Amend.

As supported in argument contained in the accompanying Memorandum of Law, Plaintiff's Motion for Leave to Amend would be futile and therefore should be denied.

                                                          Respectfully submitted,

                                                          RHONDA L. WEAVER
                                                          COUNTY ATTORNEY

                                                          ANDREW J. MURRAY
                                                          DEPUTY COUNTY ATTORNEY

By:     */s/ Tonia Y. Belton-Gofreed*
                                                     Tonia Belton-Gofreed, Fed. Bar No. 16176
                                                     Associate County Attorney
                                                     1301 McCormick Drive, Suite 4100
                                                     Largo, Maryland 20774
                                                     (301) 952 3941
                                                     tbgofreed@co.pg.md.us
                                                     *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of September, 2021, a copy of the foregoing document was electronically transmitted to this Court and served via CM/ECF and email on:

Faisal Gill, Esq.
1717 Pennsylvania Avenue NW
Washington, DC 20006
*Fgill@glawoffice.com*
*Counsel for Plaintiff*

                                                 /s/
                                   Tonia Belton-Gofreed, Fed. Bar No. 16176