**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BAHRAM SHAKERI | : |
| Plaintiff | : |
| | : |
| v. | :        **8:21-cv-00549-GJH** |
| | : |
| PRINCE GEORGE'S COUNTY, MARYLAND | : |
| Defendant | : |

**NOTICE OF THE FILING OF ATTAHCMENTS A AND B TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Defendant, Prince George's County, Maryland submits this Notice of the Filing of Attachments A and B to its Opposition to Plaintiff's Motion for Leave to File An Amended Complaint in the above-referenced case.

Respectfully submitted,

RHONDA L. WEAVER
COUNTY ATTORNEY

ANDREW J. MURRAY
DEPUTY COUNTY ATTORNEY

By:    /s/ *TONIA Y. BELTON-GOFREED*
Tonia Belton-Gofreed, Fed. Bar No. 16176
Associate County Attorney
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
(301) 952 3941
tbgofreed@co.pg.md.us
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of September 2021, a copy of the foregoing

document was electronically transmitted to this Court and served via CM/ECF and email on:

Faisal Gill, Esq.
1717 Pennsylvania Avenue NW
Washington, DC 20006
*Fgill@glawoffice.com*
*Counsel for Plaintiff*

s/ *TONIA Y. BELTON-GOFREED*

Tonia Belton-Gofreed, Fed. Bar No. 46176