IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BAHRAM SHAKERI** * | |
| **Plaintiff** * | |
| * | |
| v. * | **8:21-cv-00549-GJH** |
| * | |
| **PRINCE GEORGE'S COUNTY, MARYLAND** * | |
| **Defendant** * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT INITIAL STATUS REPORT

The Defendant, Prince George's County, Maryland, and Plaintiff Bahram Shakeri by and through respective undersigned counsel, in accordance with the Scheduling Order submits this Joint Initial Status Report.

1. The parties do not believe that settlement is an option at this time and therefore the Parties do not believe that an early settlement/ADR conference would be helpful.

2. The parties do not consent to trial before a Magistrate Judge.

3. The parties do not intend to utilize discovery of electronically stored information.

4. The parties request the following modifications to the Scheduling Order.

| | |
|---|---|
| **Completion of Factual Discovery** | **January 31, 2023** |
| **Initial Expert Disclosures** | **February 24, 2023** |
| **Rebuttal Expert Disclosures** | **March 24, 2023** |
| **Completion of Expert Discovery. Submission of Status Report** | **April 21, 2023** |
| **Dispositive Pretrial Motion Deadline** | **May 19, 2023** |

Respectfully submitted,

RHONDA L. WEAVER
COUNTY ATTORNEY

ANDREW J. MURRAY
DEPUTY COUNTY ATTORNEY


By:   /s/ *Tonia Y. Belton-Gofreed*
Tonia Belton-Gofreed, Fed. Bar No. 16176
Associate County Attorney
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
(301) 952 3941
tbgofreed@co.pg.md.us
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20TH day of April 2022, a copy of the foregoing document was electronically transmitted to this Court and served via CM/ECF and email on:

Faisal Gill, Esq.
1717 Pennsylvania Avenue NW
Washington, DC 20006
*Fgill@glawoffice.com*
*Counsel for Plaintiff*


***CONSENTED TO BY ALL PARTIES***
/s/  *Faisal Gill*

/s/ *Tonia Y. Belton-Gofreed*
Tonia Belton-Gofreed, Fed. Bar No. 16176