# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BAHRAM SHAKERI** | * |
| **Plaintiff** | * |
| | * |
| **v.** | *   **8:21-cv-00549-GJH** |
| | * |
| **PRINCE GEORGE'S COUNTY, MARYLAND** | * |
| **Defendant** | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT MOTION TO EXTEND DEADLINES

NOW COME, Plaintiff, Bahram Shakeri, and Defendant, Prince George's County, in this matter and hereby jointly request the following modification of the Scheduling Order:

1. The Parties continue to work together to work through discovery in this matter.

2. However, both Parties need more time to complete the necessary discovery in this matter to efficiently resolve the issues between the Parties.

3. No trial date has been set in this matter.

4. Both Parties request the following modifications to the Scheduling Order:

| | |
|---|---|
| **Amendment of Pleadings Deadline** | **January 31, 2023** |
| **Completion of Factual Discovery** | **March 31, 2023** |
| **Initial Expert Disclosures** | **May 24, 2023** |
| **Rebuttal Expert Disclosures** | **June 24, 2023** |
| **Completion of Expert Discovery. Submission of Status Report** | **April 21, 2023** |
| **Dispositive Pretrial Motion Deadline** | **May 19, 2023** |

Respectfully submitted,


By:    /s/ *Faisal Gill*
       Faisal Gill, Esq.
       1717 Pennsylvania Avenue NW
       Washington, DC 20006
       *Fgill@glawoffice.com*
       *Counsel for Plaintiff*


By:    /s/ *Tonia Belton-Gofreed*
       Tonia Belton-Gofreed, Fed. Bar No.  16176
       Associate County Attorney
       1301 McCormick Drive, Suite 4100
       Largo, Maryland 20774
       (301) 952 3941
       tbgofreed@co.pg.md.us
       *Counsel for Defendant*


## **CERTIFICATE OF SERVICE**


I HEREBY CERTIFY that on the __ day of  December 2022, a copy of the foregoing

document was electronically transmitted to this Court and served via CM/ECF and email on:


Tonia Belton-Gofreed, Fed. Bar No.  16176
Associate County Attorney
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
(301) 952 3941
tbgofreed@co.pg.md.us
*Counsel for Defendant*


                   /s/ *Faisal Gill*
                   Faisal Gill