IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BAHRAM SHAKERI** * | |
|     **Plaintiff** * | |
| * | |
| **v.** * | **8:21-cv-00549-LKG** |
| * | |
| **PRINCE GEORGE'S COUNTY, MARYLAND** * | |
|     **Defendant** * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STATUS REPORT

The Defendant, Prince George's County, Maryland, and Plaintiff Bahram Shakeri by and through respective undersigned counsel, in accordance with the Order issued by the Court on March 31, 2023, (ECF No. 35) submits this Joint Status Report.

1. Plaintiff has not served Officer Jeremy Allen in this case.

2. In an attempt to locate Officer Allen, Plaintiff has requested his location from Prince George's County's counsel.

3. Prince George's County's counsel has not provided an answer at this time but has stated they would provide the information upon receipt.

4. The County intends to file a dispositive motion in this case

5. No motions are pending at this time.

6. No settlement negotiations have taken place at this time.

Respectfully submitted,

RHONDA L. WEAVER
COUNTY ATTORNEY

SHELLEY L. JOHNSON
ACTING DEPUTY COUNTY ATTORNEY


By:   /s/ *Tonia Belton-Gofreed*
Tonia Belton-Gofreed, Fed. Bar No. 16176
Associate County Attorney
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
(301) 952 3941
tbgofreed@co.pg.md.us
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of April 2023, a copy of the foregoing document was electronically transmitted to this Court and served via CM/ECF and email on:

Faisal Gill, Esq.
1717 Pennsylvania Avenue NW
Washington, DC 20006
*Fgill@glawoffice.com*
*Counsel for Plaintiff*


***CONSENTED TO BY ALL PARTIES***

/s/ *Faisal Gill*                                            /s/ *Tonia Belton-Gofreed*
Faisal Gill                                                       Tonia Belton-Gofreed
Fed. Bar No.  463416                                 Fed. Bar No.  16176