
Faisal Gill <fgill@glawoffice.com>

# Re: Shakeri v. PG County; Acceptance of Service

**Faisal Gill** <fgill@glawoffice.com>                                                                                 Thu, Jun 27, 2024 at 7:54 AM
To: "Murray, Andrew J." <AJMurray@co.pg.md.us>

Andrew,

We still havent seen a responsive pleading come through on this matter. Can you have an answer filed by next Friday? Please let me know if there is an issue and we can discuss it.

Sincerely,
Faisal

On Wed, May 1, 2024 at 2:59 PM Murray, Andrew J. <AJMurray@co.pg.md.us> wrote:

> I will accept service. We can consider Allen served as of today. I will file a response or answer on his behalf within 20 days from today as allowed by the rules. Thank you.
>
>
> **From:** Faisal Gill <fgill@glawoffice.com>
> **Sent:** Monday, April 29, 2024 12:00 PM
> **To:** Murray, Andrew J. <AJMurray@co.pg.md.us>
> **Subject:** Shakeri v. PG County; Acceptance of Service
>
> > **CAUTION:** This email originated from an external email domain which carries the additional risk that it may be a phishing email and/or contain malware.
>
>
> Mr. Murray,
>
>
> Now that the court has allowed service through Prince George's County, will you accept the service or must we go and have service rendered again.
>
>
> Thank you.
>
>
> Sincerely,
>
> Faisal Gill

> This E-mail and any of its attachments may contain Prince George's County Government or Prince George's County 7th Judicial Circuit Court proprietary information or Protected Health Information, which is privileged and confidential. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited by federal law and may expose you to civil and/or criminal penalties. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout.