Case 8:21-cv-00549-LKG   Document 46-2   Filed 08/02/24   Page 1 of 1



Faisal Gill <fgill@glawoffice.com>

## Shakeri v. Allen
1 message

**Murray, Andrew J.** <AJMurray@co.pg.md.us>  Wed, Jul 10, 2024 at 9:56 AM
To: Faisal Gill <fgill@glawoffice.com>
Cc: "Woods, Trisha L." <TLWoods@co.pg.md.us>

Please see attached which were filed today

*Andrew J. Murray*

*Assistant County Attorney*

*Prince George's County Office of Law*

*301-952-5225*

*ajmurray@co.pg.md.us*

---

This E-mail and any of its attachments may contain Prince George's County Government or Prince George's County 7th Judicial Circuit Court proprietary information or Protected Health Information, which is privileged and confidential. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited by federal law and may expose you to civil and/or criminal penalties. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout.

**4 attachments**

 **Shakeri MTDpdf.pdf**
138K

 **Shakeri MOL support MTDpdf.pdf**
183K

 **Shakeri MTD Proposed Orderpdf.pdf**
126K

 **Shakeri Opposition to Motion for Default Judgmentpdf.pdf**
157K