**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| BAHRAM SHAKERI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 21-cv-00549-LKG |
| | ) | |
| v. | ) | Dated:  January 31, 2025 |
| | ) | |
| JEREMY ALLEN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

For the reasons stated in the Court's memorandum opinion in the above-captioned matter, dated January 31, 2025, the Court:

(1) **GRANTS** the Defendant's motion to dismiss; and

(2) **DISMISSES** the complaint, pursuant to Fed. R. Civ. P. 12(b)(6).

Judgment shall be entered accordingly.

No costs.

**IT IS SO ORDERED.**

s/Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge