Faisal Gill
Gill Law Firm
1717 Pennsylvania Ave NW
Suite 1025
Washington DC 20006
310-418-6675
213-260-8255 (fax)
Fgill@glawoffice.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BAHRAM SHAKERI | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | NOTICE OF APPEAL |
| | ) | |
| JEREMY ALLEN | ) | 8:21-cv-00549 |
| | ) | |
| Defendant | ) | |

Notice is hereby given that Plaintiff Bahram Shakeri hereby appeals to the United States Court of Appeal for the Fourth Circuit from the final judgment entered in this action on January 31, 2025.

/s/ Faisal Gill
Faisal Gill
1717 Pennsylvania Ave NW
Suite 1025
Washington DC 20006
310-418-6675
213-260-8255 (fax)
Fgill@glawoffice.com

Attorney for Plaintiff