FILED: March 5, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1209
(8:21-cv-00549-LKG)

_____

BAHRAM SHAKERI

       Plaintiff - Appellant

v.

JEREMY ALLEN

       Defendant - Appellee

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:21-cv-00549-LKG |
| Date notice of appeal filed in originating court: | 02/28/2025 |
| Appellant(s) | Bahram Shakeri |
| Appellate Case Number | 25-1209 |
| Case Manager | Rachel Phillips<br>804-916-2702 |